CHARLOTTE LESSER, Respondent, v. CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries, suffered as the result of a fall from a trolley car owned and operated by defendant, the jury rendered a verdict for $8,500 in favor of plaintiff. Defendant appeals from the judgment entered thereon. Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, unless plaintiff, within ten days from the entry of the order hereon, stipulate to reduce the verdict to $5,000, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdict is excessive. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

HERMAN LICHTENSTEIN, Respondent, v. LAPADULA & VILLANI TRUCKING CORP. et al., Appellants. (Action No. 1.) JOHN BURNS, Respondent, v. DOVE TRANSPORTATION CORP. et al., Defendants, and LAPADULA & VILLANI TRUCKING CORP. et al., Appellants. (Action No. 2.) — Order denying appellants' motion to consolidate actions affirmed, with $10 costs and disbursements to respondent Lichtenstein. There was no abuse of discretion by Special Term in denying the motion, in view of the fact that Action No. 1 is on the nonjury calendar and trial is imminent, while considerable time must elapse before Action No. 2, on the jury calendar, can be reached for trial. Under the circumstances presented, consolidation would prejudice a substantial right of the plaintiff in Action No. 1. (Cf. *New York Yellow Cab Co. Sales Agency* v. *Courtlandt Garage & Realty Corp.*, 208 App. Div. 765, and *Casanave* v. *Robbins*, 262 App. Div. 873.) Nolan, P. J., Adel, Wenzel, Beldock and Murphy, JJ., concur.